UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Anita Eisenhauer,

                       Plaintiff,

    -against-                                    19 **CIVIL** 10933 (PED)

## JUDGMENT

Culinary Institute of America,

                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2021, based on the foregoing, the Court finds as a matter of law that Plaintiff has established a prima facie case under the Equal Pay Act and the New York Equal Pay Law, but Defendant has asserted a legitimate, non-discriminatory factor to explain the pay disparity, which Plaintiff has not shown was pretextual. Accordingly, Defendant's motion for summary judgment is GRANTED, and Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       November 3, 2021

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                         **BY:**

                                                       **Deputy Clerk**