USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EISENHAUER,

                                  Plaintiffs,

           -against-

CULINARY INSTITUTE OF AMERICA,

                                  Defendant.
-----------------------------------------------------------------X

7:19-CV-10933-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for December 5, 2023 at 10:00 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               October 23, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge